Mariella B. MASON (Substituted for Kenneth B. Mason), Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee,

and

Frederick Trawick, Intervenor.

No. 2012–7042.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

James Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assis-

tant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Lara Eilhardt, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Ken Lee, United States Department of Veterans Affairs, of Washington, DC.

Michael J. Nardotti, Jr., Patton Boggs LLP, of Washington, DC, argued for Intervenor. With him on the brief were Michael J. Schaengold and Elizabeth M. Gill.

NEWMAN, SCHALL, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**